UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASCEND LEARNING, LLC, and ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGETTE BRYAN<br><br>Defendant. | Civil Action No. 1:22-CV-11978-ADB |

**PLAINTIFFS' TRIAL BRIEF**

Pursuant to the Court's Pretrial Order, Dkt. No. 195, Plaintiffs Ascend Learning, LLC ("Ascend") and Assessment Technologies Institute, L.L.C. ("ATI," and together with Ascend, "Plaintiffs") respectfully submit the following trial brief.

I.     **Nature of Trial**

This matter will proceed as a bench trial. As stated in Plaintiffs' Pre-trial Memorandum, *see* Dkt. No. 228 at 19, Defendant Bridgette Bryan contractually waived her right to a jury trial through a binding provision in her 2011 Confidentiality, Inventions and Non-Solicitation Agreement (the "Agreement"). Specifically, Section 15 of the Agreement provides in capital letters: "You and the Company knowingly and willingly waive any right to a trial by jury in any dispute arising out of or relating to this agreement."

The issues remaining for trial arise out of and relate to the Agreement, bringing them squarely within this waiver provision.[1] Accordingly, Plaintiffs do not submit proposed *voir dire*

---

[1] The only remining issue for trial is damages on Plaintiffs' breach of contract claims (Counts I-V). *See* Plaintiffs' Second Amended Complaint (Dkt. No. 245).

1

questions or jury instructions. *See* Dkt. No. 195 (listing requirements for trial brief, including proposed questions for the *voir dire* examination of the jury and requests for instructions to the jury).[2]

## II.    Proposed Interrogatories or Special Verdict Form

Plaintiffs do not have any proposed interrogatories or special verdict form.

## III.    Exhibits

On September 22, 2025, Plaintiffs filed a proposed Exhibit List with their Pre-Trial Memorandum ("Plaintiffs' Exhibit List"), *see* Dkt. No. 228, and Defendant filed a proposed exhibit list in her Pretrial Memorandum, *see* Dkt. No. 229. On September 29, 2025, Plaintiffs' counsel sent Defendant's counsel a proposed joint exhibit list incorporating all of Defendant's proposed exhibits and a reduced number of exhibits from Plaintiffs' Exhibit List (the "Proposed Joint Exhibit List").

Plaintiffs submit below their Proposed Joint Exhibit List. The Parties agree not to challenge authenticity of any documents on the Proposed Joint Exhibit List, but reserve the right to object on relevance or other grounds.

**Proposed Joint Exhibit List**[3]

| DESCRIPTION | BEGIN BATES |
|---|---|
| ATI policies completed by Bryan (Bryan Ex. 5) | ASCEND_0000814 |
| Bryan Personnel File (Bryan Ex. 1) | ASCEND_0000624 |

---

[2] In the event that the Court determines that Defendant did not waive the right to a jury for any of the remaining claims, Plaintiffs reserve the right to propose *voir dire* questions and instructions to the jury, and reserve the right to modify, supplement and/or amend its proposed *voir dire* questions up to and at the time of trial, including without limitation based upon Defendant's proposed *voir dire* questions and instructions to the jury; the parties' efforts to agree upon such materials; the parties' continuing discussions regarding the claims and defenses that remain to be tried; and to respond to any other issues raised and/or resolved after this submission.

[3] Any exhibits that Defendant proposed in her Pretrial Memorandum are shaded green for ease of reference.

| | |
|---|---|
| SPIN-Learning PowerPoint: Specializing in Higher Education Student Program Completion | POWERS_0002 |
| "SL Sales" PowerPoint | POWERS_0008 |
| SPIN spreadsheet showing contact information for schools | D-0021288 |
| "SPIN-LEARNING RN NCLEX Prep Review Book" | D-0002717 |
| Document containing talking points on SPIN Products and Services | D-0010053 |
| ATI Employee handbook dated November 2011 (Bryan Ex. 3) | ASCEND_0000803 |
| ATI Employee handbook dated October 2020 (Bryan Ex. 4) | ASCEND_0000839 |
| IVY Tech-ATI Services Agreement signed June 2016 (Bryan Ex. 11) | ASCEND_0000780-86 |
| 2018 Ascend employee handbook acknowledgment by Bryan (Bryan Ex. 6) | ASCEND_0000838 |
| 2020 Ascend employee handbook acknowledgment by Bryan (Bryan Ex. 7) | ASCEND_0000866 |
| Meeting invitation from Bryan to Tony Juve | ASCEND_000606 |
| Email between Bryan and Annesi | ASCEND_0000299 |
| Email from Colleen Swan to Bryan | ASCEND_0001886 |
| Email from Kathryn Megtate to Tony Juve | Juve-000002 |
| Bryan message to Alana Powers | ATI_ASCEND_v_Bryan_010278 |
| Amendment #1 to IVY Tech-ATI Services Contract renewing previous contract through 2022. (Bryan Ex. 13) | ASCEND_0000757 |
| Email Bryan sent from her ATI email account to her personal AOL email account | ASCEND_0000238 |
| Text message from Bryan to Tony Juve | Juve-000003 |
| Bryan emailed Tony Juve from her administrator@btgsolutions.net email address | Juve-000001 |
| Email from Bryan to Tony Juve | ASCEND_000608 |
| SPIN's Certificate of Formation | ASCEND_000520 |
| Text message from Bryan to Tony Juve | Juve-000004 |
| Email from Bryan to Alana Powers and Jennifer McGehee | POWERS_0019 |
| Bryan used her questions@spin-learning.com email address to email alana.powers@gmail.com | POWERS_0012 |
| Email from Bryan to Alana Powers, attaching "SL Sales" PowerPoint | POWERS_0007 |
| Email Bryan forwarded from her personal AOL email account to her ATI email account | ASCEND_0000281 |
| Email between Leslie Nathan and Bryan | D-010304 |
| SPIN-Learning Employment Application (Bryan Ex. 21) | MCGEHEE_00005 |

3

| | |
|---|---|
| SPIN-Learning Independent Contractor Agreement (Bryan Ex. 21) | MCGEHEE_00010 |
| Compilation of documents produced by Defendant containing meeting invitations for SPIN team members | D-0014547 |
| Email between Bryan and McGehee | D-010316 |
| Email from Bryan to Alana Powers and Jennifer McGehee | POWERS_0003 |
| Bryan emailed other @spin-learning.com email domains using her bbryan@spin-learning.com email address | ASCEND_0000283 |
| Achievement Certificate for SPIN-Learning Orientation Module 1 (Bryan Ex. 21) | MCGEHEE_00012 |
| SPIN-Learning Handout for Modules 1 and 2 (Bryan Ex. 21) | MCGEHEE_00013 |
| SPIN-Learning Products: Quick Reference (Bryan Ex. 21) | MCGEHEE_00009 |
| Email from Bridgette Bryan to Alana Powers and Kate Bryan | POWERS_0001 |
| SPIN-Learning Handout (Bryan Ex. 21) | MCGEHEE_00016 |
| SPIN-Learning Sales Presentation March 2022 (Bryan Ex. 21) | MCGEHEE_00004 |
| Email from Bridgette Bryan to Jennifer McGehee, Alana Powers, and Kate Bryan | D-014852 |
| Email between Bryan and SPIN employees | D-010331 |
| Email from Alana Powers to Jennifer McGehee and Bryan | D-010333 |
| Email between Michael St. Cin and Bryan | D-010338 |
| IVY Tech-ATI Services Contract signed April 2021 (Bryan Ex. 12) | ASCEND_0000788-802 |
| Email between Bryan and Alana Powers | D-010351 |
| Text message from Bryan to Tony Juve | Juve-000005 |
| Email from Jennifer McGehee to Bryan | D-010361 |
| Email from Jennifer McGehee to Bryan | Produced without Bates stamping |
| Annesi email to Bryan and chain re Bryan's resignation dated 4/14/2022 (Bryan Ex. 8) | ASCEND_0000003-04 |
| Bryan email to Annesi re transition help for Bryan's replacement dated 4/14/2025 (Bryan Ex. 9) | ASCEND_0000302-05 |
| "SL Sales" PowerPoint (Bryan Ex. 21) | MCGEHEE_00002 |
| Embedded spreadsheet from the "SL Sales" PowerPoint (Bryan Ex. 21) | MCGEHEE_00003 |
| Annesi email to her team re: Backfill Bridgette Bryan dated 4/15/2022 (Bryan Ex. 2) | ASCEND_0000008-9 |
| Slack message group dated 4/22/2022 re Bridgette Bryan's role being posted (Bryan Ex. 10) | ASCEND_0000001 |
| Email between SPIN and Weber | ASCEND_0000453 |

| | |
|---|---|
| Email between Bryan and Harris | D-010406 |
| Email between Bryan and SPIN employees and an attached SPIN sales presentation | D-014896 |
| Email sent by Harris to a Bishop State Community College employee | D-011249 |
| Email between Bryan and Harris | D-0005441 |
| Email sent by Harris to a Wayland Baptist University employee | D-011270 |
| Email between Bryan and Harris | D-0009000 |
| Email between Bryan and SPIN employees | D-010409 |
| Email between Bryan and Harris and Harris's attached timecard | D-010466 |
| Email between Bryan and Ivy Tech nursing faculty | IvyTech000010 |
| IVY Tech email to SPIN Learning re presentation follow up dated 10/4/2022 (Bryan Ex. 20) | IvyTech000033-35 |
| Email from Bryan to Ivy Tech | IvyTech000036 |
| Email between Bryan and Harris | D-0000532 |
| Email from IVY Tech to Harris re: NCLEX prep dated 2/2/2023 (Bryan Ex. 14) | IvyTech000048 |
| Ivy Tech Community College Nursing Mini-Grant Request Form (Bryan Ex. 15) | IvyTech000071 |
| Email from Bryan to University of West Florida | WestFlorida00001290 |
| Zoom meeting invitation scheduled for February 8, 2023 on the topic of "3 Steps to NGN Success" | IvyTech000049 |
| IVY Tech internal email re: mini-grant for SPIN Learning dated 2/9/2023 (Bryan Ex. 18) | IvyTech000054-55 |
| Email from Heather Wierzbinski to Crystal England | IvyTech000070 |
| SPIN-Learning NCLEX Prep Experience Flyer | IvyTech000073 |
| Email from Harris to Heather Wierzbinski | IvyTech000074 |
| Email from Heather Wierzbinski-Cross, Dean for the School of Nursing at Ivy Tech Community College - Richmond, to Harris with attached Purchase Order (Bryan Ex. 16, 17) | IvyTech000094 |
| Email between Bryan and Harris | D-019973 |
| Email from Heather Wierzbinski-Cross, Dean for the School of Nursing at Ivy Tech Community College - Richmond, to Harris with Purchase Order | IvyTech000109 |
| Email between Bryan and Harris | D-011218 |
| Email from Heather Wierzbinski to Kara Parsons and MaKayla Blevins | IvyTech000147 |
| Email between Bryan and Harris and an attached sales presentation directed at University of West Florida | D-015018 |

| | |
|---|---|
| Defendant, Bridgette Bryan's, Answers to the Plaintiffs' First Set of Interrogatories to Defendants | N/A |
| Defendant, Bridgette Bryan's, Supplemental Answers to the Plaintiffs' First Set of Interrogatories to Defendants | N/A |
| Email from Harris to Ivy Tech | IvyTech000386 |
| Email between Harris and an employee of Ivy Tech | IvyTech000392 |
| Email from Jennifer McGehee to Emily Unger, attaching documents in McGehee's downloads between 2/23/2022 - 4/24/2022 (Bryan Ex. 21) | MCGEHEE_00001 |
| Email from Schueleter of U. Nebraska search for SPIN Learning emails dated 12/13/2023 (Bryan Ex. 19) | NEBRASKA000249-422; pincite 407-408 |
| Email from Janelle Francis of Bryan College of Health Sciences to Theresa Delahoyde re: remove me from your list, dated 12/15/2023 (Bryan Ex. 24) | BRYANCOLLEGE000101-02 |
| Email from Kyle Steinhauser of Bryan College of Health Sciences to Theresa Delahoyde re: emails from Dianne Harris I treated as spam, dated 12/15/2023 (Bryan Ex. 25) | BRYANCOLLEGE000100 |
| Email from Kara Burbach of Bryan College of Health Sciences to Theresa Delahoyde re: ATI Subpoena dated 12/15/2023 (Bryan Ex. 23) | BRYANCOLLEGE000115-17 |

The Parties are not in agreement on the admissibility of the following documents:

| DESCRIPTION | BEGIN BATES |
|---|---|
| Bryan's Second Supplemental Answers to the Plaintiffs' First Set of Interrogatories | N/A |
| Defendant Bridgette Bryan's Second Supplemental Answers to Plaintiffs' First Set of Interrogatories No. 8 | N/A |
| Defendant, Bridgette Bryan's, Answers to the Plaintiffs' Second Set of Interrogatories to Defendant | N/A |
| Transcript of the Deposition of Dianne Harris | N/A |
| Transcript of the Deposition of John Anthony Juve | N/A |
| Transcript of the Deposition of Jennifer McGehee | N/A |
| Transcript of the Deposition of Alana Powers | N/A |
| Transcript of the Deposition of Bridgette Bryan in her individual capacity and as a Fed. R. Civ. P. 30(b)(6) witness for SPIN-Learning, LLC | N/A |

In addition to these exhibits, Plaintiffs expressly reserve the right to offer (1) other exhibits on Plaintiffs' Exhibit List, *see* Dkt. No. 228; (2) exhibits not identified on Plaintiffs' Exhibit List for

6

rebuttal or impeachment purposes; and (3) demonstrative exhibits. Plaintiffs reserve the right to offer additional exhibits as appropriate.

| | |
|---|---|
| Dated: October 7, 2025 | Respectfully submitted,<br><br>ASCEND LEARNING, LLC and<br>ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>By their attorneys,<br><br>*/s/ Jennifer L. Chunias*<br>Jennifer L. Chunias (BBO# 644980)<br>Emily S. Unger (BBO# 691502)<br><br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>T:  617.570.1000<br>F:  617.523.1231<br>JChunias@goodwinlaw.com<br>EUnger@goodwinlaw.com |

## CERTIFICATE OF SERVICE

I, Jennifer L. Chunias, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 7, 2025.

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias